**Lark E. GARDNER, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75021.**

Missouri Court of Appeals,
Western District.

June 4, 2013.

Damien De Loyola, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before Division One: GARY D. WITT, Presiding Judge, THOMAS H. NEWTON, Judge and MARK D. PFEIFFER, Judge.

### ORDER

PER CURIAM:

Lark Gardner ("Gardner") appeals from the denial of his Rule 24.035 motion after an evidentiary hearing. He argues that his plea counsel was ineffective for failing to present mitigation evidence, in the form of testimony from his mother and medical records, at sentencing. Affirmed. Rule 84.16(b).